IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-287-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ADRIAN BASS, | ) | |
| | ) | |
| Defendant. | ) | |

On January 20, 2011, the United States filed a motion for a temporary restraining order or order to prevent dissipation of assets and emergency motion to freeze payments from the United States to the defendant [D.E. 15]. The defendant shall file a response to the government's motion for a temporary restraining order or order to prevent dissipation of assets and emergency motion to freeze payments [D.E. 15] not later than January 26, 2011.

SO ORDERED. This 24 day of January 2011.

JAMES C. DEVER III
United States District Judge