UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-287-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ADRIAN BASS, | ) |
| a/k/a "Shady Bass," | ) |
| d/b/a High Ridge Farms, | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on the Government's ""Motion For Temporary Restraining Order or Order to Prevent Dissipation of Assets and Emergency Motion to Freeze Payments from the United States to the Defendant."

FOR GOOD CAUSE SHOWN, the Government's request for a Temporary Restraining Order to freeze the forthcoming TTPP payments to Mr. Bass is hereby DENIED. By consent, Mr. Bass agrees that any TTPP payments due and paid to Mr. Bass and/or his corporation, High Ridge Farms of Wilson Co., Inc., will be placed in the Trust Account of his attorney, R. Daniel Boyce, pending sentencing in this matter.

SO ORDERED.

This the **31** day of **January**, 201**1**.